# TEXAS SECRETARY of STATE
## ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 72633801 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | October 26, 1984 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 17560654141 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | "SAN ANTONIO AREA FOUNDATION" | | |
| **Address:** | 530 MCCULLOUGH AVE STE 650<br>San Antonio, TX 78215 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Name | Name Status | Name Type | | Name Inactive Date | Consent Filing # |
| "SAN ANTONIO AREA FOUNDATION" | In use | Legal | | | |

[Order]   [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.


EXHIBIT C

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 72633801 | Entity Type: | Domestic Nonprofit Corporation |
| Original Date of Filing: | October 26, 1984 | Entity Status: | In existence |
| Formation Date: | N/A | Non-Profit Type: | N/A |
| Tax ID: | 17560654141 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | "SAN ANTONIO AREA FOUNDATION" | | |
| Address: | 530 MCCULLOUGH AVE STE 650 San Antonio, TX 78215 USA | | |

**REGISTERED AGENT** | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| DENNIS E NOLL | 303 PEARL PARKWAY, STE 114 San Antonio, TX 78215 USA | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



John Steen
Secretary of State

# Office of the Secretary of State

## PERIODIC REPORT - NONPROFIT CORPORATION

File Number: 72633801
Filing Fee: $5

Page 1 of 2

FILED
In the Office of the
Secretary of State of Texas

MAY 24 2013

Corporations Section

1. The name of the corporation is: *(A name change requires an amendment; see Instructions)*
   **"SAN ANTONIO AREA FOUNDATION"**

2. It is incorporated under the laws of: *(Set forth state or foreign country)*
   **Texas**

**NOTE:** For items 3 through 7, strike through any incorrect information and type or print the new information in the area provided. If additional space is needed for item 6 and/or 7, include the information in an attachment to this form.

3. The name of the registered agent is:
   **DENNIS E NOLL**
   *(Make changes here-cannot be entity named above):*

4. The registered office address, which is identical to the business address of the registered agent in Texas, is:
   **303 PEARL PARKWAY, STE 114**
   **San Antonio, TX 78215**
   *(Make changes here-only use street or building address; see Instructions):*

5. If the corporation is a foreign corporation, the address of its principal office in the state or country under the laws of which it is incorporated is:

   N/A

   *(Make changes here-only use street or building address; see Instructions):*

RECEIVED
SECRETARY OF STATE
MAY 24 2013
CLK 61
AUSTIN, TEXAS

Come visit us on the Internet @ http://www.sos.state.tx.us/

Phone: 512-475-2705          Fax: 512-463-1423          Dial: 7-1-1 for Relay Services

Nonprofit Periodic Report
File Number: 72633801
Page 2 of 2

6. The names and addresses of all directors of the corporation are: (A minimum of three directors is required.) ★

   *(If additional space is needed, include the information as an attachment to this form for item 6.)*

| Name | Address | City/State/Zip |
|------|---------|----------------|
| ~~John E. Banks Jr.~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |
| ~~C. Nanette Clare~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |
| ~~Joe Lozano~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |
| ~~Pat L. Wilson~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |
| ~~J. Robert Mehall~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |
| ~~Sarah Harte~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |
| ~~Mindi Alterman~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |
| ~~Claudia Ladensohn~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205-0000~~ |

★ Please see attached update.

7. The names, addresses, and titles of all officers of the corporation are: (The offices of president and secretary must be filled, but both may not be held by the same officer.)

   *(If additional space is needed, include the information as an attachment to this form for item 7.)*

| Name | Address | City/State/Zip | Title |
|------|---------|----------------|-------|
| ~~C. Nanette Clare~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205~~ | ~~President~~ |
| ~~Sarah Harte~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205~~ | ~~Secretary~~ |
| ~~J. Robert Mehall~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205~~ | ~~Treasurer~~ |
| ~~Joe Lozano~~ | ~~110 Broadway Suite 230~~ | ~~San Antonio, TX 78205~~ | ~~Vice President~~ |

★ Please see attached update.

**Execution:**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 5/17/13

_____, CFO
Signature of authorized officer

6.



San Antonio Area Foundation
Where Giving and Community Connect

## 2013 Board of Directors

| Name | Address | City/State/Zip |
|---|---|---|
| David C. Hennessee | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| G.P. Singh | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Theodore Guidry II | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Sue E. Turner | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Conrad J. Netting IV | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Janie Barrera | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Harold Berg | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Laura Ehrenberg-Chesler | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Luis de la Garza | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| John Hayes | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Edward B. Kelley | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| William G. Moll | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Brad Parman | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Jane Phipps | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Knox Pitts | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Richard T. Schlosberg III | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Marie Smith | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| R. Bruce Tilley | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |
| Ruben Villafranca | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 |

7.



San Antonio Area Foundation
Where Giving and Community Connect

## 2013 Officers - Board of Directors

| Name | Address | City/State/Zip | Title |
|---|---|---|---|
| David C. Hennessee | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 | Chair |
| G.P. Singh | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 | Vice Chair |
| Theodore Guidry II | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 | Treasurer |
| Sue E. Turner | 303 Pearl Parkway, Suite 114 | San Antonio, Texas 78215 | Secretary |

## TEXAS SECRETARY of STATE
## ROLANDO B. PABLOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 140733400 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | July 15, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118851705 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | DAL GENERAL PARTNER, INC. | | |
| **Address:** | 115 E TRAVIS SUITE 515<br>SAN ANTONIO, TX 78205 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| David A Ladensohn | | 115 E. Travis Street, Suite 515<br>San Antonio, TX 78205 USA | | | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Filing Number: 140733400

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

05-102
(9-09/29)
Tcode 13196

To be filed by Corporations and Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

**Taxpayer number:** 30118851705

**Report year:** 2014

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

**Taxpayer name:** DAL GENERAL PARTNER INC
**Mailing address:** 115 E TRAVIS SUITE 515
**City:** SAN ANTONIO   **State:** TX   **ZIP Code:** 78205
**Secretary of State file number or Comptroller file number:** 0140733400

Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 115 E TRAVIS SUITE 515, SAN ANTONIO, TX, 78205
**Principal place of business:** 115 E TRAVIS SUITE 515, SAN ANTONIO, TX, 78205

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| DAVID A LADENSOHN | PRESIDENT | ○ YES | 12/31/14 |
| Mailing address: 115 E TRAVIS SUITE 515 | City: SAN ANTONIO | State: TX | ZIP code: 78205 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| GOOD INTENTIONS PAVING COMPANY LLC | TX | 0801606251 | 100.000 |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes)
**Agent:** DAVID A LADENSOHN
**Office:** 115 E TRAVIS STREET SUITE 515   **City:** SAN ANTONIO   **State:** TX   **ZIP Code:** 78205

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here:** DAVID A LADENSOHN   **Title:** PRESIDENT   **Date:** 04/29/2014   **Area code and phone number:** (210) 557-4744

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○